**Motion Granted; Order filed October 18, 2018**



In The

# Fourteenth Court of Appeals

———————

NO. 14-18-00631-CV

———————

## CCS ASSET MANAGEMENT, INC.; BEN WRIGHT; AND ANTARIS JACKSON, Appellants

### V.

### DANIEL WEBBER, Appellee

**On Appeal from the County Court at Law No. 2**
**Travis County, Texas**
**Trial Court Cause No. C-1-CV-18-003488**

## O R D E R

The notice of appeal in this case was filed July 5, 2018. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. This court ordered appellants to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **September 26, 2018.** *See* Tex. R. App. P. 5. On September 26, 2018, appellants filed a motion requesting to October 12,

2018 to pay the appellate filing fee. That date has passed and the fee has not been paid. If appellant fails to timely pay the filing fee on or before November 1, 2018, in accordance with this order, the appeal will be dismissed.

PER CURIAM